IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

BENJAMIN B. LITTLES,
    Plaintiff,

vs.                                            Case No. 3:10cv203/MCR/EMT

JOHN LILLY, et al.,
    Defendants.

_____/

**O R D E R**

This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated November 23, 2010 (Doc. 16). Plaintiff has been furnished a copy of the Report and Recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a de novo determination of any timely filed objections.

Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1. The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2. Plaintiff's claims against John Lilly, Mr. Hutchinson, Derrick Yabui, Marcos Ramirez, James Thomas, Dr. Angel Ortiz, Jaime Mejia, the "John Doe" Defendants at FPC-Pensacola, the "Jane Doe" Defendants at the Escambia County Jail, and the "John Doe" Defendants at the Jackson County Jail are **DISMISSED with prejudice** for failure to state a claim on which relief may be granted, pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii), and these Defendants are **DISMISSED** from this action.

3. The clerk shall **TRANSFER** this case to the United States District Court for the Western District of Texas for disposition of Plaintiff's claims against the remaining

Defendants.

    4.    The clerk shall close this case.

**DONE AND ORDERED** this 22nd day of December, 2010.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**