IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

BENJAMIN B. LITTLES,
      Plaintiff,

vs.                                    Case No. 3:10cv203/MCR/EMT

B. RICKARD,
      Defendant.
_____/

## REPORT AND RECOMMENDATION

      For the reasons set forth in the Report and Recommendation issued by the undersigned on November 23, 2010 (doc. 16), it is respectfully **RECOMMENDED**:

      1.      That Plaintiff's claims against Defendant B. Rickard be **DISMISSED with prejudice** for failure to state a claim on which relief may be granted, pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii).

      2.      That the clerk enter judgment accordingly and close this case.

      At Pensacola, Florida, this 31st day of October 2011.


      /s/ *Elizabeth M. Timothy*
      **ELIZABETH M. TIMOTHY**
      **UNITED STATES MAGISTRATE JUDGE**


## NOTICE TO THE PARTIES

      **Objections to these proposed findings and recommendations may be filed within fourteen (14) days after being served a copy thereof.  Any different deadline that may appear on the electronic docket is for the court's internal use only.  A copy of objections shall be served upon the magistrate judge and all other parties.  Failure to object may limit the scope of appellate review of factual findings.  *See* 28 U.S.C. § 636; United States v. Roberts, 858 F.2d 698, 701 (11th Cir. 1988).**