IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**BENJAMIN B. LITTLES,**

    **Plaintiff,**

v.                        Case No. 3:10cv203/MCR/EMT

**B. RICKARD,**

    **Defendant.**
_____/

**ORDER**

    This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated October 31, 2011 (doc. 27). Plaintiff has been furnished a copy of the Report and Recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a <u>de novo</u> determination of any timely filed objections.

    Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

    Accordingly, it is now **ORDERED** as follows:

    1.    The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

    2.    Plaintiff's claims against Defendant B. Rickard are **DISMISSED with prejudice** for failure to state a claim on which relief may be granted, pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii).

    3.    The clerk shall enter judgment accordingly and close this case.

    **DONE AND ORDERED** this 12th day of December, 2011.

                                         s/ *M. Casey Rodgers*
                                         **M. CASEY RODGERS**
                                         **CHIEF UNITED STATES DISTRICT JUDGE**